# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-1723

_____

United States of America

*Plaintiff - Appellee*

v.

Tony Evans, also known as Big Boy

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: September 11, 2024
Filed: September 16, 2024
[Unpublished]

_____

Before LOKEN, GRUENDER, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Tony Evans appeals the sentence imposed by the district court[1] after he pled guilty to drug offenses. His counsel has moved to withdraw, and has filed a brief

_____

[1]The Honorable John A. Ross, United States District Judge for the Eastern District of Missouri.

under <u>Anders v. California</u>, 386 U.S. 738 (1967), challenging the substantive reasonableness of his 130-month term of imprisonment.

After careful review, we conclude that the term of imprisonment is not substantively unreasonable. <u>See</u> <u>United States v. Lozoya</u>, 623 F.3d 624, 625 (8th Cir. 2010) (standard of review). There is no indication that the district court overlooked a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment when it imposed the prison term. <u>See</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc). Additionally, the 130-month term is within the Guidelines range, and therefore presumptively reasonable. <u>See</u> <u>United States v. Foard</u>, 108 F.4th 729, 738 (8th Cir. 2024).

We have independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal. Accordingly, we affirm the judgment, and grant counsel's motion to withdraw.

_____